*In re* PETITION OF BOARD OF COUNTY ROAD COMMIS-
SIONERS OF MACOMB COUNTY.

EMINENT DOMAIN — CONSTITUTIONAL LAW — STATUTE DENYING
RIGHT OF HEARING ON QUESTION OF NECESSITY UNCONSTITU-
TIONAL.

    Proceedings for the condemnation of land for highway pur-
poses under Act No. 352, Pub. Acts 1925, are void; sec-
tion 4 of said act being unconstitutional in that it denies
to the owner of the land taken the right of notice, hearing,
and opportunity to defend on the question of necessity, in
violation of section 1, Art. 13, of the Constitution.

Certiorari to Macomb; Reid (Neil E.), J. Sub-
mitted January 12, 1927. (Docket No. 64.) De-
cided April 1, 1927.

Condemnation proceedings by the board of county
road commissioners of Macomb county under Act No.
352, Pub. Acts 1925, against Michael Elbanowski and
another to obtain land for highway purposes. From
an order confirming the award, defendants bring cer-
tiorari. Reversed, and proceedings quashed.

*Henry C. Bogle,* for appellants.

SNOW, J. The board of county road commissioners
of Macomb county, pursuant to Act No. 352, Pub. Acts
1925, attempted to condemn certain lands for the pur-
pose of altering, widening, and changing the line of
what is known as the Ten-Mile road, and defendants
review proceedings on certiorari.

It is contended by defendants, whose land is sought
for such purpose, that section 4 of the act denies them
the right of notice, hearing, and opportunity to de-
fend on the question of necessity, and is therefore un-

Eminent Domain, 20 C. J. §§ 113, 380.

constitutional, being in violation of section 1 of article 13 of the State Constitution. The contention is right. This court has recently so held in *Hendershott* v. *Rogers*, 237 Mich. 338, which was handed down after the instant case was received.

In view thereof, the proceedings must be held void and of no effect. No costs to either party, as the matter is one of public moment.

SHARPE, C. J., and BIRD, STEERE, FELLOWS, WIEST, CLARK, and McDONALD, JJ., concurred.